# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-2789

_____

Morris Lynn Johnson,          *
                              *
          Appellant,          *
                              * Appeal from the United States
     v.                       * District Court for the
                              * District of Minnesota.
United States of America,     *
                              *    **[UNPUBLISHED]**
          Appellee.           *

_____

Submitted:  March 4, 1997

Filed:  March 10, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Morris Johnson appeals from the district court's[1] order
dismissing without prejudice for lack of subject matter
jurisdiction his motion to expunge or correct records of the Bureau
of Prisons and the United States Parole Commission.  Reviewing de
novo, we conclude that Johnson's motion was properly construed as
an attack on the execution of his sentence, and as such, is
cognizable in a 28 U.S.C. § 2241 petition filed in a court with
jurisdiction over Johnson's present custodian.  See Bell v. United
States, 48 F.3d 1042, 1043-44 (8th Cir. 1995); Schneider v. United

_____

[1]    The HONORABLE DAVID S. DOTY, United States District Judge for
the District of Minnesota.

States, 27 F.3d 1327, 1331 (8th Cir. 1994) (standard of review), cert. denied, 115 S. Ct. 723 (1995).  As Johnson is incarcerated in

Illinois, his petition was not properly filed in the District of Minnesota.  Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.